**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

   :

   :

**JOSEPH MICHAEL ARPAIO**    :

   :

          **Plaintiff,**    :

   :   Case No. No. 1:18-cv-02387-APM

**v.**    :

   :

   :

**MICHELLE COTTLE, et al.**    :

   :

          **Defendant**.    :

   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 26.1, the undersigned counsel hereby certifies that The New York Times Company, incorrectly sued herein as "New York Times," is a publicly traded company, has no parent company and one publicly held corporation, Grupo Financiero Inbursa, S.A.B. de C.V., owns more than 10 percent of its stock through affiliated entities.

Dated:  December 4, 2018                     Respectfully submitted,

                                            **BALLARD SPAHR LLP**

                                            */s/ Jay Ward Brown*
                                            Jay Ward Brown (D.C. Bar No. 437686)
                                            1909 K. Street, NW, 12th Floor
                                            Washington, D.C. 20006-1157
                                            Telephone:  (202) 508-1136
                                            Facsimile:  (202) 661-2299
                                            brownjay@ballardspahr.com

                                            *Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of December, 2018, a true and correct copy of the

foregoing **CORPORATE DISCLOSURE STATEMENT** was filed with the Court through the

electronic filing system, which will automatically serve electronic notice of the same on all

counsel of record.


        */s/ Jay Ward Brown*
        Jay Ward Brown