# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
:
**JOSEPH MICHAEL ARPAIO** :
:
:
**Plaintiff,** :
: Case No. No. 1:18-cv-02387-APM
**v.** :
:
:
**MICHELLE COTTLE, et al.** :
:
**Defendant**. :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE,** Dana R. Green, undersigned counsel with Ballard Spahr LLP, hereby enters his appearance as counsel in this civil action on behalf of Defendants Michelle Cottle and The New York Times Company, incorrectly sued herein as "New York Times." Any and all further correspondence directed to this entity regarding this civil action, and any pleadings or other filings, may be served on undersigned counsel at the address below.

Dated:  December 4, 2018                Respectfully submitted,

                                               **BALLARD SPAHR LLP**

                                               */s/ Dana R. Green*
                                               Dana R. Green (D.C. Bar No. 1005174)
                                               1909 K. Street, NW, 12th Floor
                                               Washington, D.C. 20006-1157
                                               Telephone:  (202) 508-1108
                                               Facsimile:  (202) 661-2299
                                               greendana@ballardspahr.com

                                               *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 4th day of December, 2018, a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** was filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

               */s/ Dana R. Green*
               Dana R. Green