IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- X
:
:
**JOSEPH MICHAEL ARPAIO** :
:
:
**Plaintiff,** :
: Case No. 1:18-cv-02387-APM
**v.** :
:
:
**MICHELLE COTTLE, et al.** :
:
**Defendants**. :
:
:
------------------------------------- X

**CONSENT MOTION TO EXTEND TIME TO FILE REPLY
MEMORANDA IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO DISMISS AND SPECIAL MOTION TO DISMISS**

Defendants Michelle Cottle and The New York Times Company, incorrectly sued as "New York Times" (together, "The Times") by and through their undersigned counsel, hereby file this consent motion to extend the deadline to file reply memoranda in further support of their motion to dismiss (Dkt. 8) and special motion to dismiss (Dkt. 9), and in support of which The Times states as follows:

1.  The Times consented to Plaintiff's January 17, 2019 motion for a 21-day extension of time to respond to The Times's motion to dismiss and special motion to dismiss "on the condition that [The Times] have an additional two weeks to file a reply, which Plaintiff agree[d] to." Dkt. 10 at 1.

2.  Although the Court granted Plaintiff's consent motion, its January 17, 2019 Minute Order reset the deadline for Plaintiff's responses but not the deadline for The Times's replies.

3. The Times therefore, in an abundance of caution, seeks a separate order entering the previously requested two-week extension of the deadline to file its reply memoranda.

4. Providing The Times with the requested relief will not prejudice either party.

5. Plaintiff consents to this motion.

WHEREFORE, for the reasons stated above, The Times respectfully requests that this Court enter an Order:

A. Extending The Times's deadline to file reply memoranda in further support of its motion to dismiss and special motion to dismiss to March 1, 2019; and

B. Providing the parties any further relief deemed necessary and appropriate by this Court.

Dated: February 11, 2019

Respectfully submitted,

**BALLARD SPAHR LLP**

  /s/ Jay Ward Brown
Jay Ward Brown (D.C. Bar No. 437686)
Chad R. Bowman (D.C. Bar No. 484150)
Dana R. Green (D.C. Bar No. 1005174)
1909 K. Street, NW, 12th Floor
Washington, D.C. 20006-1157
Telephone: (202) 661-2200
Fax: (202) 661-2299
brownjay@ballardspahr.com
bowmanchad@ballardspahr.com
greendana@ballardspahr.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February 2019, a true and correct copy of the foregoing was filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

    */s/ Jay Ward Brown*
    Jay Ward Brown

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
:
**JOSEPH MICHAEL ARPAIO** :
:
               **Plaintiff,** :
: Case No. 1:18-cv-02387-APM
**v.** :
:
:
**MICHELLE COTTLE, et al.** :
:
               **Defendants**. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## [PROPOSED] ORDER

UPON CONSIDERATION OF Defendants Michelle Cottle and The New York Times Company's Consent Motion to Extend Time to File Reply Memoranda in Further Support of Their Motion to Dismiss and Special Motion to Dismiss, and good cause being shown for the relief requested therein, it is this _____ day of _____, 2019, by the United States District Court for the District of Columbia, hereby

ORDERED, that the motion be and is hereby GRANTED; and

ORDERED, that Defendants Michelle Cottle and The New York Times Company shall file their reply memoranda on or before March 1, 2019.

---
Judge, U.S. District Court for the District of Columbia

Copies to:

Jay Ward Brown (D.C. Bar No. 437686)
Chad R. Bowman (D.C. Bar No. 484150)
Dana R. Green (D.C. Bar No. 1005174)
BALLARD SPAHR LLP
1909 K. Street, NW, 12th Floor
Washington, D.C. 20006-1157

Larry E. Klayman
FREEDOM WATCH, INC.
2020 Pennsylvania Avenue, NW
Suite 345
Washington, DC 20006