IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JOSEPH MICHAEL ARPAIO

          Plaintiff,

v.

MICHELLE COTTLE, et al.

          Defendant.

Case No. 1:18-cv-02387-APM

---

## NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that I, Dana R. Green, will no longer be associated with the firm Ballard Spahr LLP as of April 11, 2019. Kindly withdraw my appearance as counsel in this civil action on behalf of Defendants Michelle Cottle and The New York Times Company, incorrectly sued herein as "New York Times."  Jay Ward Brown and Chad R. Bowman of Ballard Spahr LLP will continue to represent these Defendants in this action.

Dated:  April 8, 2019

                                    Respectfully submitted,

                                    **BALLARD SPAHR LLP**

                                    */s/ Dana R. Green*
                                    Dana R. Green (D.C. Bar No. 1005174)
                                    1909 K. Street, NW, 12th Floor
                                    Washington, D.C. 20006-1157
                                    Telephone:  (202) 508-1108
                                    Facsimile:  (202) 661-2299
                                    greendana@ballardspahr.com

                                    *Withdrawing Attorneys for Defendants*
                                    *Michelle Cottle and The New York Times*
                                    *Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2019, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** was filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

       */s/ Dana R. Green*
       Dana R. Green